## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Roberto Carbajal, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 16-cv-6005 |
| v. | ) | |
| | ) | The Honorable Andrea R. Wood |
| KCG Management, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL

NOW COME Plaintiffs and Defendants, by their counsel, and hereby stipulate to the dismissal of this case pursuant to Rule 41(a)(1)(A)(ii). The Plaintiffs and the Defendants agree that this lawsuit shall be dismissed without prejudice and with leave to reinstate for the purpose of enforcing the settlement agreement between the parties, and dismissal shall become with prejudice upon all payments specified in paragraph A of the Settlement Agreement being issued to Plaintiffs or on March 31, 2019, whichever is sooner. If payment is not made by March 31, 2019, Plaintiffs may file a motion to extend the time by which this dismissal will become with prejudice. Each party shall bear their own attorney's fees, costs, and expenses.

AGREED this 28th day of November, 2017:

| | |
|---|---|
| s/ Sean Morales-Doyle | s/ Burr E. Anderson |
| One of Plaintiffs' Attorneys | One of Defendants' Attorneys |
| | |
| Sean Morales-Doyle | Anderson Law Offices PC |
| Despres, Schwartz & Geoghegan, Ltd. | 400 Lake Cook Road – Suite 221-A |
| 77 West Washington Street, Suite 711 | Deerfield, IL 60015-4930 |
| Chicago, Illinois 60602 | |